**Local Form 4A** **September 2021**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE: Johnson, Michael Eugene
Johnson, Letitia Genine

SSN: xxx-xx-7957
SSN: xxx-xx-8127

Debtor(s)

Case No. 26-30698

Chapter 13

**AMENDMENT TO CHAPTER 13 PLAN**
**AND NOTICE OF OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN**
**FOR CASES FILED ON OR AFTER SEPTEMBER 1, 2021**

Check as applicable to this plan amendment:

| | | | | |
|---|---|---|---|---|
| **1.1** | **A limit on the amount of a secured claim that may result in a partial payment or no payment at all to the secured creditor (Part 3.2)** | ☐ **Added** | ☐ **Removed** | ☑ **No change** |
| **1.2** | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest (Part 3.4)** | ☐ **Added** | ☐ **Removed** | ☑ **No change** |
| **1.3** | **Request for termination of the 11 U.S.C. § 362 stay as to surrendered collateral (Part 3.5)** | ☐ **Added** | ☐ **Removed** | ☑ **No change** |
| **1.4** | **Request for assumption of executory contracts and/or unexpired leases (Part 6)** | ☐ **Added** | ☐ **Removed** | ☑ **No change** |
| **1.5** | **Nonstandard provisions** | ☐ **Added** | ☐ **Removed** | ☑ **No change** |

The Chapter 13 plan, including certain motions and other provisions, is hereby **amended** as follows:

*For each part of the Debtor's plan that is to be amended, the entire text of the part as amended must be included below.*

## 3.1 Maintenance of payments and cure of default, if any. *(Conduit mortgage payments, if any, are included here.)*

*Check one.*

☐ **None.** *If "None" is checked, the rest of Part 3.1 need not be completed or reproduced.*

☑ Installment payments on each of the claims listed below will be maintained by the trustee, Debtor, or other, as indicated, and any arrearage will be paid in full. Amounts stated on a timely filed proof of claim will be presumed to control over any contrary amounts listed below for the installment payment and the arrearage.

If the plan provides for payment of the current installment payments by the trustee, then the trustee shall include for payment under the Debtor's plan an allowed Administrative Arrearage claim equal to three (3) post-petition mortgage payments (unless otherwise stated).

The trustee will adjust the installment payment in accordance with any Notice of Mortgage Payment Change filed under Bankruptcy Rule 3002.1. The trustee is authorized to pay any post-petition fee, expense, or charge for which notice is filed under Bankruptcy Rule 3002.1 if no objection is filed to such fee, expense, or charge.

If relief from the automatic stay is ordered as to any item of collateral listed in this part, then, unless otherwise ordered by the court, all payments under this part as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.

If the Debtor elects to participate in the Loan Modification Management Program for a particular claim, it shall be indicated below. If so indicated, the Special Terms set forth in Part 8.1.15 shall apply.

| Name of creditor<br>Collateral | Value of<br>Collateral | Current installment payment (including escrow) | Estimated amount of prepetition arrearage (if any) | LMM election (Y/ N) |
|---|---|---|---|---|
| **United States Attorney's Office**<br><br>**Collateral Description**<br>2023 Dodge Charger<br>VIN: 2C3CDXHGXPH663775<br>2021 Nissan Rogue<br>VIN: 5N1AT3CA5MC693651<br>Cash on hand Joint<br>Miscellaneous clothing and apparel Value determined by used replacement cost Debtor 1<br>Miscellaneous electronics including cell phones, computers, tablets, game consoles and games, televisions. Value determined by used replacement cost Joint<br>Pet(s) 3 Dogs Value determined by used replacement cost Joint<br>SECU Value determined by recent account balance Debtor 2<br>Checking account<br>Acct. No.: 2313<br>SECU Value determined by recent account balance Joint<br>Checking account<br>Acct. No.: 9662<br>SECU Value determined by recent account balance Debtor 2<br>Savings account<br>Acct. No.: 8648<br>Miscellaneous clothing and apparel Value determined by used replacement cost Debtor 2<br>Charter Communications 401(k) Value determined by recent account balance Debtor 1<br>Miscellaneous household goods and furnishings including living room, bedroom, kitchen, and dining room items Value determined by used replacement cost Joint<br>Securian Financial Term Life<br>The Debtors have approximately $10,000 sitting at the Mecklenburg County Clerk's office that is being held for their landlord, Novel University. The Debtors do not believe they will receive any of this money back but we are listing it for notice purposes. | $63,396.02 | $200.00<br><br>Disbursed by:<br>☐ Trustee<br>☑ Debtor<br>☐ Other<br>__________ | | N |

*Please explain any disbursements to be made by someone other than the Chapter 13 Trustee or the Debtor:*

---

Explain in detail the basis for proposing any deviations from this district's standard procedure for the disbursement of Conduit Mortgage Payments pursuant to Local Rule 3003-1. This information must be included in this part, but it may also be cross-referenced to Part 8.1.17 and may require a separate motion.

Include only the amounts of pre-petition arrearages in this part. The trustee will adjust the total arrearage claim to be provided for by the plan by adding the Administrative Arrearage pursuant to Local Rule 3003-1.

TAKE NOTICE: Your rights may be affected. You should read this amendment to the Chapter 13 plan carefully and discuss them with your attorney, if you have one, in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to confirm the Debtor's proposed plan as amended, or if you want the court to consider your views on these matters, then you and/or your attorney must file a written objection to confirmation and request for hearing on confirmation at one of the following addresses:

**Cases filed in the Charlotte or Shelby Divisions:**

Physical & Mailing Address: Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Suite 2500, Charlotte, N.C. 28202

**Cases filed in the Statesville Division:**

Physical Address: Clerk, U.S. Bankruptcy Court, 200 West Broad Street, Room 301, Statesville, N.C. 28677

Mailing Address: Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Suite 2500, Charlotte, N.C. 28202

**Cases filed in the Asheville or Bryson City Divisions:**

Physical & Mailing Address: Clerk, U.S. Bankruptcy Court, 100 Otis Street, Room 112, Asheville, N.C. 28801-2611

Your objection to confirmation and request for hearing must include the specific reasons for your objection and must be filed with the court no later than 14 days following the conclusion of the § 341 meeting of creditors, or within 21 days of service of the amendment, whichever is later. If you mail your objection to confirmation to the court for filing, you must mail it early enough so that the court will receive it on or before the deadline stated above. You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors. The Debtor's attorney and the Chapter 13 trustee will be served electronically. If any objections to confirmation are filed with the court, the objecting party will provide written notice of the date, time, and location of the hearing. **No hearing will be held unless an objection to confirmation is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the proposed plan of the Debtor as amended and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed pursuant to 11 U.S.C. § 1325(a)(5)(A).**

I declare under penalty of perjury that the information provided in this Amendment to Chapter 13 Plan is true and correct as to all matters set forth herein.

Dated **08/14/2026** **/s/ Michael Eugene Johnson**
Michael Eugene Johnson
Debtor's Signature

Dated **08/14/2026** **/s/ Letitia Genine Johnson**
Letitia Genine Johnson
Debtor's Signature

I hereby certify that I have reviewed this document with the Debtor and that the Debtor has received a copy of this document.

Dated **08/14/2026** **/s/ Damon Duncan**
Damon Duncan
Attorney for the Debtor

[Attach Certificate of Service if Served on Creditor(s)]

## United States Bankruptcy Court
## Western District Of North Carolina

In re **Johnson, Michael Eugene**
**Johnson, Letitia Genine**
Debtor(s)

Case No. **26-30698**
Chapter **13**

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on **08/14/2026**.

Dated: **08/14/2026**

**/s/ Damon Duncan**

Damon Duncan
Debtor or Debtor's(s') Counsel
Bar Number: 39650
Duncan Law, LLP
4801 E Independence Blvd Ste 1009
Charlotte, NC 28212-5490
Phone: (704) 563-1224
Email: damonduncan@duncanlawonline.com

**Acima Digital, LLC**
Attn: Officer
5501 Headquarters Dr.
Plano, TX 75024

**Ally Financial Inc.**
Attn: Officer
500 Woodword Ave 10th Floor
Detroit, MI 48226

**Atrium Health**
Attn: Bankruptcy
PO Box 71108
Charlotte, NC 28272

**Caine & Weiner**
Attn: Bankruptcy
5805 Sepulveda Blvd. 4th Floor
Sherman Oaks, CA 91413

**Capital One Bank USA**
Attn: Officer
1680 Capital One Drive
McLean, VA 22102

**Charlotte Eye, Ear, Nose and Throat Associates, P.A.**
Attn: Officer
6035 Fairview Rd
Charlotte, NC 28210

**Cyan Mallard Creek**
3010 Cyan Drive
Charlotte, NC 28262

**Discover**
Attn: Bankruptcy
PO Box 71242
Charlotte, NC 28272

**Equifax, Inc**
Attn: Bankruptcy Notification
Po Box 740241
Atlanta, GA 30374-0241

**Exeter Finance, LLC**
Attn: Officer
2101 W John Carpenter Fwy
Irving, TX 75063-3228

**Experian**
Attn: Bankruptcy Notification
Po Box 9701
Allen, TX 75013-9701

**Geico Insurance**
Attn: Bankruptcy
PO Box 9507
Fredericksburg, VA 22403

**Global Lending Services LLC**
Attn: Officer
1200 Brookfield Blvd. Ste. 300
Greenville, SC 29607

**GM Financial Group, LLC**
Attn: Officer
PO Box 650595 Ste N
Dallas, TX 75265

**Helvey & Associates INC/Duke Energy**
1015 E Center Street
Warsaw, IN 46580

Debtor **Johnson, Michael Eugene; Johnson, Letitia Genine** Case number **26-30698**

**Infinity260 Apartments Homes**
11120 David Taylor Dr
Charlotte, NC 28262

**Internal Revenue Service**
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Mecklenburg County Tax Office**
Attn: Bankruptcy
3205 Freedom Dr Ste 3500
Charlotte, NC 28208

**Nelnet**
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

**North Carolina Department of Revenue**
Attn: Bankruptcy Unit
PO Box 2500
Raleigh, NC 27640

**Novel At University Place**
5315 Waters Edge Village Dr
Charlotte, NC 28262

**Novel University Place**
5315 Waters Edge Village Drive
Charlotte, NC 28262

**Queen City Ear Nose**
8924 Blakeney Professional Drive
Charlotte, NC 28277

**Stellantis Financial Services, Inc.**
Attn: Officer
2 Sun Court STE 400
Peachtree Corners, GA 30092

**Sullivan Family Chiropractic and Massage Therapy**
2315 W Arbors Dr Ste 208A
Charlotte, NC 28262

**Sunrise Credit Services/ATT**
Attn: Officer
8 Corporate Center Drive Ste 300
Melville, NY 11747

**TransUnion**
Attn: Bankruptcy Notification
PO Box 1000
Crum Lynne, PA 19022

**U.S. Department of Education**
Attn: Officer
400 Maryland Ave. SW
Washington, DC 20202

**United States Attorney's Office**
Western District of North Carolina
227 West Trade St. Ste. 1650
Charlotte, NC 28202

**US Attorneys Office**
Attn: Bankruptcy
950 Pennsylvania Ave. NW
Washington, DC 20530